IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY GEORGE TRUSSELL,

    Plaintiff,

v.                                         CASE NO. 1:14-cv-195-MP-GRJ

JEFFREY SIEGMEISTER, et al.,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on Petitioner's filing entitled "Emergency Motion for Habeas Corpus." Doc. 1. The Court construes this filing as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, because Petitioner has not yet been convicted of a crime.

    As an initial matter, the petition reflects that although it was brought on behalf of Terry George Trussell, it was not signed by Terry Trussell but instead was signed by Roy Callahan. To the extent that Mr. Callahan is attempting to bring this action as a party he may not do so because he has no legal right to bring choses in action on behalf of Mr. Trussell.[1] Alternatively to the extent that Mr. Callahan is intending to represent Mr. Trussell, he may not do so because he is not an attorney eligible to practice law, or an attorney admitted to the Bar of the Northern District of Florida. The law is well settled that an individual not licensed to practice law cannot represent the

---

[1] If Mr. Callahan was appointed by a state court as the personal representative of Mr. Trussell or as a guardian ad litem he could then bring this action on behalf of Mr. Trussell. There are no allegations in the petition which suggest this is the case.

interests of another.[2]  Therefore, Mr. Callahan may not represent Mr. Trussell in this case by signing pleadings or any other documents filed with the Court.  Mr. Trussell may represent himself and must sign any pleadings, motions or other documents filed with the Court, or retain a licensed attorney.

Because the current petition is not signed by Petitioner, the Petition is due to be stricken and the Court will furnish Petitioner with the forms necessary for filing a petition under 28 U.S.C. § 2241.

Upon due consideration, it is **ORDERED**:

1.  The Emergency Motion for Habeas Corpus, Doc. 1, is **STRICKEN**.

1.  The Clerk is directed to send Petitioner the forms necessary for filing a petition under 28 U.S.C. § 2241.

3.  Petitioner must file the amended petition on or before **November 4, 2014**, failing which the case will be dismissed.

**DONE AND ORDERED** this 15th day of October, 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[2] *See, e.g., Florida Bar v. Brumbaugh*, 355 So. 2d 1186 (Fla. 1978); DR 3-101 (A), ABA Code of Professional Responsibility, available at http://www.law.cornell.edu/ethics/aba/mcpr/MCPR.HTM.

*Case No: 1:14-cv-195-MP-GRJ*