## AFFIDAVIT OF SERVICE

 **ORIGINAL**

Florida State )
            ) ss:
Marion County )

1-14-cv-195-MP-GRS

I, _Hagan Smith_, being duly sworn, deposes and says: I am not a party to this action and am over 18 years of age. On the ___ day of October, 2014, I served the within <u>Notice of Removal and Petition for Habeas Corpus</u> upon the defendants/respondents whose names and addresses is set forth below, by delivering a true copy thereof and mailing them to the respective offices, addresses listed below at the US Post Office.

> US District Court Clerk & Chief District Judge M.C. Rodgers
> United States District Court Northern District of Florida
> 401 SE 1st Ave #243, Gainesville, FL 32601

> Florida Circuit Court, Dixie County
> 214 Northeast Highway 351, Cross City, FL 32628

> COUNTY OF DIXIE (a legal fiction) State Attorney Jeffrey A. Siegmeister
> PO Box 1770; Cross City, FL 32628

> JAMES C. HANKINSON (a State Supreme Court Judge/Chancellor)
> 2nd Judicial Circuit of Florida; 301 South Monroe Street; Tallahassee, Florida 32301

> STATE OF FLORIDA (a legal fiction), Attorney General Pam Bondi
> The Capitol PL-01; Tallahassee, FL 32399-1050

> JAILOR, Sheriff Dewey H. Hatcher, Sr
> 386 Ne 255th Street; Cross City, FL 32628-3326

> FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Frank Linton,
> P.O. Box 1489; Tallahassee, FL 32302-1489

(Signature) _Hagan Smith_

(Print Name) _____

## NOTARY

State of Florida, Marion County on this _20th_ day of _October_, 2014 before me _Patrick Cranwill_, the subscriber, personally appeared _Hagan Smith_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that (s)he executed the same as his/her free will act and deed.

My commission expires: _03-03-2018_

(Notary Seal)

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

_____
Notary

# NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR HABEAS CORPUS AND FOR CAUSE[1]

COMES NOW Terry George Trussell, hereinafter Plaintiff/Petitioner, under Article III §2[2] whereas the judicial power shall extend to all cases, in law arising under the Constitution and shall guarantee to every state in this union a Republican form of government Article IV §4[3] and shall protect each of them against invasion of rights. Jurisdiction therefore being the Supreme Law of the Land under Article VI Clause 2;[4]

CAUSE: Court not of record proceeded under color of law[5] incarcerating plaintiff/petitioner un-lawfully without due process in a court of record[6] and indictment by a non-statutory and impartial Grand Jury;[7]

NOTICE is hereby given to the court and all interested parties that case #14000201CFAXMX in the Florida Circuit Court, Dixie County, is removed to the United States District Court for the Northern District of Florida for Habeas Corpus, for cause.

---

[1] **FOR CAUSE.** Means for reasons which law and public policy recognize as sufficient warrant for removal and such cause is "legal cause" and not merely a cause which the appointing power in the exercise of discretion may deem sufficient. State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d 995, 998, 99 A.L.R. 321.

[2] **Article III Section 2** The judicial power shall extend to all cases, in law and equity, arising under this Constitution,...

[3] **Article IV Section 4** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

[4] **Article VI** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[5] **COLOR OF LAW.** [Black's Law 4th edition, 1891] -- The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)

[6] **A "COURT OF RECORD"** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689. ....7 Cal Jur 571 California Jurisprudence, Bancroft Whitney (1922), Page 580-581

[7] **Amendment V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Terry George Trussell
PO Box 1551
Cross City, Fla 32628

Hagan Smith, Next Friend acting on behalf of petitioner, Rule 17, 28 USCA
1425 NW 105th Terrace
Ocala, Fla., 34482
(352) 502-2060

# United States District Court, Northern District of Florida
## Chief District Judge M.C. Rodgers
## 401 SE 1st Ave #243, Gainesville, Florida 32601

**CASE NO:**    14000201CFAXMX
**RE:**    Florida Circuit Court, Dixie County
        214 Northeast Highway 351, Cross City, FL 32628

Terry George Trussell
Plaintiff/Petitioner

Against

Jeffrey A. Siegmeister, James C. Hankinson, Pam Bondi,
Frank Linton and Dewey H. Hatcher, Sr. William N. Meggs
Defendants/Respondents

# United States Federal Northern District Court

Terry George Trussell

Plaintiff/Petitioner                    Magistrate

- v -

Jeffrey A. Siegmeister,                 Case No. 1; 14CV195 - MP-GRS
James C. Hankinson,
Pam Bondi,
Frank Linton
And Dewey H. Hatcher, Sr.
William N. Meggss

                                        Defendants/Respondents

## PETITION FOR WRIT OF HABEAS CORPUS

I, Terry George Trussell, petitioner, one of the People of Florida, hereinafter plaintiff, in this court of record sues Jeffrey A. Siegmeister, James C. Hankinson, Pam Bondi and Dewey H. Hatcher, Sr. hereinafter defendants and petitions the Unified United States Common Law Grand Jury in the above entitled court of record[8] for a Writ of Habeas Corpus[9] to inquire into the cause of imprisonment and restraint of liberty of Terry George Trussell hereinafter plaintiff, who is not subject to the jurisdiction of the following custodians:

COUNTY OF DIXIE (a legal fiction) State Attorney Jeffrey A. Siegmeister
PO Box 1770; Cross City, FL 32628

JAMES C. HANKINSON (a State Supreme Court Judge/Chancellor)
2nd Judicial Circuit of Florida; 301 South Monroe Street; Tallahassee, Florida 32301

STATE OF FLORIDA (a legal fiction), Attorney General Pam Bondi
The Capitol PL-01; Tallahassee, FL 32399-1050

JAILOR, Sheriff Dewey H. Hatcher, Sr
386 Ne 255th Street; Cross City, FL 32628-3326

FLORIDA DEPARTMENT OF LAW ENFORCEMENT, Frank Linton,
P.O. Box 1489; Tallahassee, FL 32302-1489

---

[8] **A COURT OF RECORD** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689. ....7 Cal Jur 571 California Jurisprudence, Bancroft Whitney (1922), Page 580-581

[9] **US Constitution Article I Section 9.** The privilege of the writ of habeas corpus shall not be suspended...

## PETITIONER MAY PROSECUTE A WRIT OF HABEAS CORPUS
## TO INQUIRE INTO THE CAUSE OF THE RESTRAINT

Application for a writ of habeas corpus shall be in writing signed and verified by the person for
whose relief it is intended or by someone acting in his behalf. -- 28 USC Sec. 2242

Every person unlawfully committed, detained, confined or restrained of his liberty, under any
pretense whatever, may prosecute a writ of habeas corpus to inquire into the cause of such
imprisonment or restraint.

> "*In the United States habeas corpus exists in two forms: common law and
> statutory. The Constitution for the United States of America acknowledges the
> Peoples' right to the common law of England as it was in 1789. It does not consist
> of absolute, fixed and inflexible rules, but broad and comprehensive principles
> based on justice, reason, and common sense...*" Miller v. Monsen, 37 N.W.2d
> 543, 547, 228 Minn. 400.

> **28 USC 2243 Issuance of writ: return: hearing: decision.** A court, justice or
> judge entertaining an application for a writ of habeas corpus shall forthwith award
> the writ or issue an order directing the respondents to show cause why the writ
> should not be granted unless it appears from the application that the applicant or
> person detained is not entitled thereto. The writ or order to show cause shall be
> directed to the person having custody of the person detained. It shall be returned
> within three days unless for good cause additional time, not exceeding twenty
> days, is allowed. **PAPERS DUE OCTOBER 24, 2014**

> **United States Constitution, Article I, Section 9**. The privilege of the writ of
> habeas corpus shall not be suspended...

### GENERAL ALLEGATIONS OF FACTS

1) This habeas corpus is prosecuted because the taking of the People into custody was without
   due process in a court of law, aka court of record. The respondent's court acted under statutes
   thereby not a court of record but nisi prius, except that the jurisdiction was fraudulently
   acquired without plaintiff volunteering or knowingly agreeing to the proceeding.

2) Furthermore the incarceration was vindictive because plaintiff refused a BAR attorney,
   incapable of representing petitioner under common law the true nature and cause of plaintiffs
   detention is to break him through incarceration.

3) The nisi prius court is in fact a nisi prius court false because respondents have taken unlawful dominion of plaintiff so as to deprive him of his court. Plaintiff should be immediately released so that he may return to the jurisdiction of his own court.

4) Plaintiff herein declares he has seen no sworn documentary evidence from a competent fact witness to lawfully assert any charges.

> Any constitutional provision intended to confer a benefit should be liberally construed in favor in the clearly intended and expressly designated beneficiary. "Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property."
> **-- 16Am Jur 2d: 16Am Jur 2d., Sec. 97; Bary v. United States - 273 US 128**

5) No State can deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Any court that ignores due process is not a common law court such an action proves a court unlawful and consequently no legal authority over the petitioner without his consent.

> Whereas defined pursuant to; Supreme Court Annotated Statue: Cruden vs. Neale, 2 N.C. 338 2 S.E. 70 "*The state citizen is immune from any and all government attacks and procedure.*" -- **Dred Scott vs. Sanford. 60 U.S. (19 How.) 393** or as the Supreme Court has stated clearly, "*...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent.*" -- **Cruden v Neale, 2 N.C.338 May Term 1796**

6) Plaintiff has been subjected to unlawful imprisonment and restraint. Plaintiff is thus petitioning through his authorized agent his next friend for a writ of habeas corpus to demand to be restored.

## BECAUSE THE RESPONDENTS COURT SHOULD HAVE BEEN A COURT OF RECORD BUT INSTEAD FRAUDULENTLY CONCEALED IT'S JURISDICTION UNDER COLOR OF LAW WRIT OF HABEAS CORPUS SHOULD ISSUE.

7) The Constitution for the United States of America Article III Section I grant that judges, both of the supreme and inferior courts, shall hold their offices during good behavior[10]. No Judge

---

[10] **GOOD BEHAVIOR.** The term "good behavior" means conduct that is authorized by law, and "bad behavior" means conduct such as the law will punish. State v. Hardin, 183 N.C. 815, 112 S.E. 593, 594. Orderly and lawful conduct; Huyser v. Com., 25

may act without jurisdiction, all lawful jurisdictions must be ordained and established[11] by the People. Article IV. Section 4 guarantees a republican form of government[12] against domestic violence, when a judge enforces acts beyond said authority under color of law[13], judicial immunity is lost[14], it is nothing less than lawless violence[15]. Likewise legislative jurisdiction that is not authorized by the United States Constitution is as inoperative as though it had never been passed[16] and judges proceeding without jurisdiction are indictable for treason[17], judges are expected to know the law.

8)  Article III Section 2 authorizes two jurisdictions law and equity.[18] A court of equity follows the forms and procedure of chancery as distinguished from common law,[19] "courts of equity" and "courts of chancery," are synonymous[20]. A court of law means court of common law[21] a

---

Ky.L. Rep. 608, 76 S.W. 175; In re Spenser, 22 Fed.Cas. 921. "Good behavior," means merely conduct conformable to law, or to the particular law theretofore breached. Ex parte Hamm, 24 N.M. 33, 172 P. 190, 191, L.R. A.1918D, 694; Baker v. Commonwealth, 181 Ky. 437, 205 S.W. 399, 401.

[11] **U.S. CONSTITUTION PREAMBLE.** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[12] **U.S. CONSTITUTION ARTICLE IV. SECTION 4.** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

[13] **COLOR OF LAW.** [Black's Law 4th] -- The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)

[14] "When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost." -- Rankin v. Howard, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326

[15] "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." - Ableman v. Booth, 21 Howard 506 (1859)

[16] "An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County 118 US 425 p. 442

[17] "We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution." -- Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

[18] **U.S. CONSTITUTION ARTICLE III. SECTION 2.** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;

[19] **COURT OF EQUITY.** A court which has jurisdiction in equity, which administers justice and decides controversies in accordance with the rules, principles, and precedents of equity, and which follows the forms and procedure of chancery; as distinguished from a court having the jurisdiction, rules, principles, and practice of the common law. Thomas v. Phillips, 4 Smedes & M., Miss., 423.

[20] The terms "equity" and "chancery," "court of equity" and "court of chancery," are constantly used as synonymous in the United States. It is presumed that this custom arises from the circumstance that the equity jurisdiction which is exercised by the courts of the various states is assimilated to that possessed by the English courts of chancery. Indeed, in some of the states it is made identical therewith by statute, so far as conformable to our institutions. Wagner v. Armstrong, 93 Ohio St. 443, 113 N.E. 397, 401.

[21] **AT LAW.** [Blacks 4th] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity

court for the People. In alleged[22] criminal cases when Judges claim that they are bound by legislation that is authorized by the constitution as they act under chancery, and not law, they commit fraud on the court. The law of the land is common law[23], not statutes, and judges in every state are bound thereby.

> "*Courts of record and courts not of record, the former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.*" -- **3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231**.

9) Equity courts are nisi prius[24] courts not of record proceeding according to statutes have no power to fine or imprison, to do so is a crime. Courts of law are courts of record and proceed according to common law. When the plaintiff was falsely charged petitioner objected to the nisi prius court, thereby resisting the first and proceeding according to common law.

10) Constitutions must be construed to reference the common law - summary proceedings are null and void[25] - "*As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law.*" *The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and it was never supposed that a constitutional provision was intended to*

---

[22] "The law itself is on trial quite as much as the cause which is to be decided." Harlan F. Stone, 12th Chief Justice U.S. supreme Court, 1941

[23] **U.S. CONSTITUTION ARTICLE VI.** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[24] **NISI PRIUS.** [Bouvier's Law] Where courts bearing this name exist in the United States, they are instituted by statutory provision. "Nisi prius" is a Latin term (Black's 5th) "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[25] **SUMMARY PROCEEDINGS.** Boviers Law, Summary proceedings are those when the matter in dispute is decided without the intervention of a jury; these must be authorized by the legislature, except perhaps in cages of contempts, for such proceedings are unknown to the common law.; When cases are-to be adjudged promptly, without any unnecessary form, the proceedings are said to be summary. 2. In no case can the party be tried summarily unless when such proceedings are authorized by legislative autliority, except perhaps in the cases of contempt's, for the common law is a stranger to such a mode of trial. 4 Bl. Com. 280; 20 Vin. Ab. 42; Boscawen on Conv.; Paley on Convict.; vide Convictions.

*interfere with this established principle and although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood." --* **16Am Jur 2d., Sec. 114:**

11) Defendant James C. Hankinson acted without constitutional authority thereby without jurisdiction under color of law using unconstitutional statutes and summary proceedings that are null and void under common law. Furthermore defendant James C. Hankinson hid the identity of the jurisdiction he was operating under, clearly it was not under common law and therefore under chancery, a court not of record, a court without the power to imprison, a court without the consent of plaintiff, a court thereby acting under fraud, therefore a writ of habeas corpus should issue.

## BECAUSE NO JURISDICTIONAL BASIS FOR CUSTODY HAS BEEN PROFFERED OR STATED A WRIT OF HABEAS CORPUS SHOULD ISSUE.

12) Broad Meaning of Jurisdiction on Habeas Corpus. For purposes of the writ of habeas corpus, as for purposes of prohibition or certiorari, the term "jurisdiction" is not limited to its fundamental meaning, and in such proceedings judicial acts may be restrained or annulled if they are determined to be in excess of the court's powers as defined by constitutional provision, statute, or rules developed by courts.

13) The liberty of the People is restrained by the CUSTODIANS:

a. Plaintiff is in custody by color of the authority of the State of Florida and/or the custodians, and is committed for trial before some court thereof; [28 USC 2241(c)(1)]

b. Plaintiff is in custody in violation of the Constitution or laws of the United States; [28 USC 2241(c)(3)]

14) Although the true cause of custody of plaintiff is unknown, plaintiff on information believes that the claim or authority is under color of law in violation of the Constitutions Florida State

and the United States of America. The true basis for jurisdiction by the custodians has never been proffered or stated. Plaintiff, as one of the People, has never knowingly or voluntarily agreed to such jurisdiction. Plaintiff has disputed and disputes any factual allegation that he has so agreed.

15) The jurisdictional facts leading up to the custody and restraint are unknown to the People. The jurisdictional facts by which the custodians presume to continue to deprive the People of his court are unknown to the People.

16) The People, on information and belief, allege that the custodians are funded in whole or in part by the State of Florida. Thus motivated, they are acting, under color of law as contractual agents of their principal, the State of Florida.

17) The court lacks Personam Jurisdiction because it proceeded under statutes and is therefore a nisi prius court not of record, and does not have plaintiff's consent.

18) Plaintiff did not consent and therefore is immune from any and all government attacks and procedure[26].

19) Plaintiff is independent of all laws, except those prescribed by nature and is not bound by any institutions formed by his fellowman without petitioner's consent[27].

20) The custodians do not state and the proceedings do not show any lawful authority or jurisdictional facts enabling the custodians to lawfully take dominion over the People of Florida. Lacking such jurisdiction, their actions can only be under color of law, violating due process, in order to execute their own private agendas, whatever they may be. Therefor a writ of habeas corpus should issue.

## A WRIT OF HABEAS CORPUS IS A PROPER REMEDY BECAUSE PETITIONER WAS DEPRIVED OF HIS LIBERTY WITHOUT DUE PROCESS.

21) Respondents proceeded as a court of equity which is not a court of record and therefore had no power to imprison petitioner.

---

[26] Whereas defined pursuant to; Supreme Court Annotated Statue: **CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70** "The state citizen is immune from any and all government attacks and procedure. see, **Dred Scott vs. Sanford. 60 U.S. (19 How.) 393**

[27] "..., every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." **Cruden v. Neale, 2 N.C. 338 May Term 1796.**

Confirmatio Cartarum[28] – "*sovereign People shall not be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed...but by lawful judgment of his peers or by the law of the land.*" **Magna Charta, Chapter 39. [Sometimes referred to as Chapter 29]**

22) Petitioner responded obsta principiis[29] from the beginning and continues the same against said first of all courts not of record, state or federal.

23) Petitioner was denied due process of law thereby violating petitioner's unalienable right protected by the 5th Amendment;

> "*No person shall be ... deprived of life, liberty, or property, without due process of law*; *Due course of law, this phrase is synonymous with due process of law or "law of the land" and means law in its regular course of administration through courts of justice*" [court of record]. **Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.** "*Law in its regular course of administration through courts of justice* [court of record] *is due process*." **Leeper vs. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225.**

24) Petitioner was deprived of his unalienable right of due process in a "COURT OF LAW" aka common law secured by the 5th Amendment therefore a writ of habeas corpus should issue.

### A WRIT OF HABEAS CORPUS IS A PROPER REMEDY BECAUSE CUSTODIANS HAVE ENGAGED IN PROSECUTORIAL VINDICTIVENESS; BURDEN IS UPON RESPONDENTS TO REBUT PRESUMPTION

25) Plaintiff was appointed foreman by the State of Florida Court in Dixie County and acting in that capacity of Grand Jury Foreman and as signatory on a true bill of presentment against State Attorney, Jeffrey A. Siegmeister for criminal acts disclosed in testimony presented before the Grand Jury by an eye witnesses to the overt acts the defendants conspired to unlawfully arrest and proceed with a vindictive prosecution to cover up the crimes.

26) Plaintiff has found that the grand juries being used by the court and prosecutor's office are prevented from hearing crimes committed by government officers that allows such officers to commit crimes with impunity and with no protection for the victims.

27) Plaintiff has shown that sworn testimony of crimes submitted to criminal intake officers with a demand for access to the grand jury for testifying and an investigation are not delivered to

---

[28] **CONFIRMATIO CARTARUM** 1297 The Magna Carta must be accepted as the common law by government. The Magna Carta is the supreme law. All other contrary law and judgments are void.
[29] **OBSTA PRINCIPIIS. Lat.** Withstand beginnings; resist the first approaches or encroachments. **Bradley, J., Boyd v. U. S., 116 U.S. 635, 6 Sup.Ct. 535, 29 L.Ed. 746.**

the Grand Jury and such officers add the additional crimes of misprision of felony and obstruction of justice with impunity by the erroneous contention that the power to impanel and control the Grand Jury is within the exclusive control of the government and there is a neglect to transmit such crimes to the Grand Jury for initiating the prosecution of such crimes as a matter of course.

28) These matters are of great interest and importance to the people of Florida and where the power to impanel and control the grand jury lies, in the government, in the people, or both, and whether plaintiff's good faith actions in reliance upon United States v Williams, and to act in the capacity of a Grand Jury foreman within the retained powers of the people are crimes.

29) Defendants led by James C. Hankinson recording with an official court and all acting in one accord in said conspiracy to simulate a legal process to incarcerate the plaintiff in violation of 843.0855 by acting under color of law[30] opening a De facto court[31] not of record[32] in order to silence the plaintiff to cover up their many felonies.

30) Defendants willfully conspired to kidnap and incarcerate plaintiff by fraud in violation of 18 USC §1346[33] in a Florida court not of record under color of law, statute and regulation without due process for exercising their constitutional right/duty as jury foreman thereby violating plaintiffs unalienable rights protected under the 5th and 7th Amendments in violation of 18 USC §241[34], 18, USC §242;[35], 42 USC 1985[36]

---

[30] **COLOR OF LAW** Black's Law 4th -- The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)

[31] **De facto court.** One established, organized, and exercising its judicial functions under authority of a statute apparently valid, though such statute may be in fact unconstitutional and may be afterwards so adjudged; or a court established and acting under the authority of a de facto government. 1 Bl. Judgm. § 173; In re Manning, 139 U.S. 504, 11 S.Ct. 624, 35 L.Ed. 264; Gildemeister V. Lindsay, 212 Mich, 299, 180 N.W. 633, 635.

[32] **COURTS OF RECORD and COURTS NOT OF RECORD** - The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231].

[33] **18 USC §1346** Definition of "scheme or artifice to defraud" For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

[34] **18, USC §241; CONSPIRACY AGAINST RIGHTS:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured – They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to

Grand Jury filing, which cannot be questioned see United States v Williams, was due to jury tampering by the State Attorney, plaintiff having a duty to file.

33) A hearing was held in Dixie County before the Judge James C. Hankinson but because the plaintiff stood outside the BAR judge James C. Hankinson refused to acknowledge the plaintiff was present and ordered the Deputy Sheriffs to arrest the plaintiff without bond and without a hearing.

34) Plaintiff remains in Prison without Bail or due process, therefore a writ of habeas corpus should issue.

WHEREAS plaintiff demands defendants be incarcerated 30 days for each day plaintiff is incarcerated and compensate plaintiff $50,000 per day in prison for violating plaintiffs unalienable rights.

This application for a writ of habeas corpus is signed and verified on behalf-of Terry George Trussell by Hagan Smith acting in his behalf[40] -- 28 USC Sec. 2242.

> "*A next friend is a person who represents someone who is unable to tend to his or her own interest.*" Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"
> Terry Trussell *N.s.*

I Hagan Smith, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the aforementioned facts to hereby affirm that the following facts are true, correct and not misleading:

Hagan Smith, Next friend   *N.S.*

## NOTARY

Florida State, Dixie County on this 20 day of October 2014 before me _____, the subscriber, personally appeared Hagan Smith to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

(Notary Seal)

Bonded Thru Troy ...

My commission expires: _____

Charlene Daniels
Notary

CHARLENE DANIELS
Commission # FF 072409
Expires November 21, 2017
Bonded Thru Troy Fain Insurance 800-385-7019

---

[40] Based on title 28, U.S.C., 1940 ed., § 454 (R.S. § 754). Words "or by someone acting in his behalf" were added. This follows the actual practice of the courts, as set forth in United States ex rel. Funaro v. Watchorn, C.C. 1908. 164 F. 152; Collins v. Traeger, C.C.A. 1928, 27 F.2d 842, and cases cited.

Affidavit ☐ **COPY** Oct 9, 2014

I Tippy Peek did attend the Dixie County Court House room "A" on the above date. I hereby swear that I saw and heard the following; Judge James Hankinson called out the name of Terry G. Trussell. Terry G. Trussell stood before the Judge and annouced his presents by stating " I am here to represent this matter for TERRY TRUS Judge James Hankinson refused to hear Terry Trussell by calling out for TERRY TRUSSELL. Several times while talking over Terry Trussell. Judge James Hankin stated Terry Trussell was not here so I will issue a capius for his arrest and revoke his bond. Terry Trussell said I am here; Judge James Hankir stood and left the court room

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Personaly Known

expires 03-03-2018

Affidavit

October 9th - 20

I Hagan Smith did Attend an arraignment at the Dixie County, Florida Court edifice, Court room "A" where Judge James C. Hankinson asked is TERRY GEORGE TrussELL here?

Terry    Terry George Trussell stood up and said:
         "I am here to speak about that matter!"
Judge Hankinso said: "Is TERRY GEORGE TRUSSEll hen

Terry    "I am here to speak about that matter."

Judge Hankinson stated: TERRY TRUSSELL is not in
         the Court room. I am issuing a Capias
         order for his arrest and revoking his bond.
         The Sheriffs are to arrest him and detain him
         without bond."
Terry    "I am here. For the record."

         The Judge left the court room with no
         Further comment.

         I, Hagan Smith do swear that the information o
         Page is true and correct to the best of my Knowledge and

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

10-09-

I Eugene A La Cross I was at the Dix
county court house on the above the
Date affirm the above date that I
saw and heard the following
Judge C Koreuhson ~~of this~~ spoke over
Terry Trussell's ~~spo~~ voice he was prented
to answere and within 2 minutes he ~~was~~
terry was arrested and removed from th
Court with out a hearing. Terry George
Trussell was escorted out then hand cuffy
and arrested.

I do solemy swear that the before statement
~~that~~ are the correct and true to the be
of my knowrage and beliefe.
Eugene A La Cross, Florida license class E-
L 24-20-43-1750

Palm Water Craud    Spire 03/03/:



Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Affidavit                    October 9, 20,

I Paula Powers did attend a meeting in the Dixie county, FL court house, court room "A," on the above date.

I here by swear or affirm that I saw and heard the following:

James C Hankinson

The court room was called to order. I could barely hear the Judge. What I did hear was the Judge asked if Terry George Trussell was present. Trussell was present. Trussell stood up and said "I am hear to speak" the Judge was talking over Terry. Asking again if he was present. Terry acknowledged he was there on behalf of the issue. Terry did not go beyond the court room audience. He stood and spoke from his seat. Judge seemed to continue to cut Terry off by not letting him speak. The next thing the Judge ended the hearing and arrested Terry with no bond. Terry was taken out of the courtroom.

I do solemnly swear that the

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

are true and correct, to the best of my knowled
Paula Powers

Affidavit          Oct 9, 2014

Today I SAW A MAN
Put in JAIL, FOR doing
Nothing MORE THAN EXERCISING
his Constitutional Rights.

Edmund E. Becker

RESIDENT of DIXIE
County

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

66 NE 250 AVE
Old Town fla   32680

Dr. Lee B266 205 43 338-0
Patew Mathew Cranwill    expire 03/03/2018

AFFIDAVIT

I, Christopher I. Hopkins did attend a hearn
in the Dixie County Courthouse (Florida) Cour
room "A" an the above date. I hereby
swear or affirm that I saw and heard
the following:

Judge James Hankinson brought the court
to order. He then asked if Terry Trussell was
present. He asked a second time. Try George
responded that he had a third party interest.
this matter. He was ignored by the judge. Aga
the judge James Hankinsir, asked if there was
a Terry trussell present. I am a living brea
flesh and blood man of the age of majority. A
this point the Judge James Hankinson orde
Terry George Tressells arrest. Terry George Tres
had already explained that he Terry George Tres
was here. (Terry George Tressell tried to take o
his outer white shirt of the sheriffs turned he
around and took (him) Terry George Tressell
out of courtroom "A" with his hands behind
his back.

I do solemnly swear that the befor
statements are true and corre
of my knowledge and belief.

Christopher I. Hopkins

Personal Known to me

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

AFFIDAVIT                    Oct 9 2.

I  Diane C. Rabideau  did attend a
hearing in the Dixie County Ft Courthouse,
Courtroom "A", on the above date. I heard
sworn or affirm that I saw and heard
the following:
after arriving late a seating myself I
saw Terry George Trussell stand up for
his seat and announce "I'm here to
address this matter." Immediately two
policeman approached him, pulled his
shirt over his arms & ushered him
from the court room.

I do solemnly swear that the before
statements are true & correct to the best
of my knowledge & belief.

Diane C Rabideau

Patrick Mathew Cranwill

expire 03 03 2018

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

license #: R130-162 50-874-0

AFFIDAVIT

Oct 9, 2014

I, Kenneth A. Rabideau, did attend a hearing in the Dixie County Florida Court house, Courtroom "A", on the above date. I hereby Swear or affirm that I saw and heard the following:

After arriving late and seating myself, Terry George Trussell stood up from his seat and announced to the court: "I'm here to address this matter". Immediately two police officers approached Mr. Trussell, pulled his shirt over his arms and proceded to remove him from the court room where they arrested him.

I do solemnly Swear that the before Statements are true and correct to the best of my knowledge and belief.

Kenneth A. Rabideau

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

License # R130-501-48-326

expires 0303.

Affidavit

Ct 9 29.

I Albert L Rese DID attend a hearing at
Dyrie County Court Howe Court Rm "A" on
the above DATE.

I here by swear or affirm I sow and
heard the following:

Judge James Hankinson asked that Terry
George Trussell come forword and Present
himself. Terry George Trussell Stood up and
said "I am here to address this matter".
Judge James Narkinson did not respond.
Judge James Hankinson asked again and
Terry George Trussell stood up and said " I
am here to address this matter. Judge
James Hankinson again did not respond to
Terry George Trussell and ordered the
Arrest of Terry George Trussell.

I do Solemnly Swear that the bottom
statements are true & correct to the best
of my knowledge & belief

Patric Mathew Cranwill
Expires 03-03-2018

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Albert V Rese
FLORIDA License
R00-032-47-051-0

1. Tom & Callahan did attend a hearing in the Dixie Country Court House, Court Room "A", Dixie County Florida on the above date.

I hereby swear or affirm that I saw and heard the following

Judge James C. Hankinson asked/called for Terry Dean Terry George Trussell stood up identifying himself as follows "I am here to address this matter. The judge ignored Terry and again asked if Terry Trussell was in the courtroom. Mr. Trussell repeated "I am here to address this matter". The judge then said "Is Terry George Trussell here?" Mr. Trussell said I am here to add ws this matter - Judge Hankinson then ordered "Mr. Trussell be taken into custody. Mr Trussell responded "I object. I am here." The deputies walked up to Mr. Trussell who willingly surrendered him and marched him off to jail. The Judge Hankinson refused to acknowledge Mr Trussells presence ordering a warrant for his arrest. The deputies took him & into custody in the courtroom

I do solemly swear the before statement is true and correct to the best of my knowledge and belief correct

Tom & Callahan

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

FL Dr # C450-727-42 243
Pat. Mathew Cranwill expires 3-03-2010

Affidavit

I Stanley Jakutowski did attend a
hearing in the Levy County Court room "F"
on the above date, I swore or affirm that I
saw + heard the following.
Judge Watkinson would not
regminze the fact that Terry George was in the c
room, Even though he was Truessell
in the Court room and had hincewanted
anyway a I do Salemn Swear this state
is true + correct to the best of my knully
believe.

Stanley Jakulowski

Without prejudice
UCC 1-308

Oct. 9. 2014

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Drivers License # J212-78

Patten Matt Cranie   expires
03-03-20.

I, Hannelore M. Callahan attended a hearir in the Dixie County Court House Florida Courtroom "A". On the above date I hereby swear or affirm that I saw and heard the following:

Judge James C. Hankinson requesting for Mr. Terry George Trussell to step forward Mr. Trussell stood up and said: "I am here to address this matter." The judge ignored Mr. Trussell and repeated "if Mr. Trussell is here to step forward. Mr. Trussell repeated "I am here to address this matter" and that is all he got to say when Judge Hankinson interrupted him and ordered Mr. Trussell to be taken into custody. Mr. Trussell said: "I am here, I object." I did not see Mr. Trussell being taken into custody from where I was.

I do solemnly swear that the before statement are true and correct to the best of my knowledge and belief.

Hannelore M. Call[...]

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

C 450 333 33 912 0

Expires 03-03-2[...]

I William B. Blair did attend a hearing at the Dixie County, Fl Courthouse, courtroom "A" on the above date.

I hereby swear or affirm that I saw and heard the following: Judge James C. Hankinson asked if Mr. Terry George Trussell was present and if so to stand.

~~[struck through text]~~ George Trussell stood up and said ~~[struck through text]~~ present to address the matter at hand. Judge James C. Hankins then asked Terry if he was Terry George Trussell. Terry responded that he was a person that was present to address the matter. The judge then stated that if Mr. Trussell was not present the a warrant would be issued for his arrest and once he was in custody they would take the matter up again. Terry said, "I am here to address this matter". The judge said no more and got up and left the courtroom. Two deputies took Terry into custody and left the courtroom. Th people present were not allowed to leave until Terry was removed from the building.

I do solemnly swear that the before

addishate                              oct 9TH - 14

I william g smith.
I did attend a hearing in court room "A"
Dixie County court House.
Judge Hankinson Presiding.
I heard the judge call Terri's George
Tressler's name. Terri stood and
answered the judge, then the
judge ordered Terri to go through the
gate, and stand on our left. Terri
spoke from where standing and requested
to speak. The judge ignored Terri
and stated Terri George Tressle failed
to appear, so ordered his arrest, and
revoke bond, Terri stated again he
was there and requested to make a
point. The judge again ignored Terri,
and left the court room. The judge
also ordered arrest with no bail,
I do solemnly swear that the before
statements are true and Correct to the lite,
of my knoledge and belief
Drivers license #S530-927-40-010-c  -  Wi...

expires  03 -

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Oct. 9ᵗʰ 2014                              affid.

I charles e reed did attend a hearing.
the dixie county court house. Court room #.
Judge Handinson presiding I did witness terr
. george trusel standing and talking to the
judge and the judge left the court room. te
was ~~strike~~ arrested. I do solomly swea
to the best of my knowledge and belief.

                              charles e. reed
/s/ signature                 R300-145-47-245-0

exp. 03-03-2018



Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

AFFidAviT                                  10 - 09 - 2014

I, Richard F. Graybill, did ATTEND A HEARING IN DiXie
COUNTY COURT HOUSE, COURT RoOM A, DiXiE County,
ON THE ABovE dATE AT 10.'AM

ON THE ABovE DATE, I HEREby SWEAR/AFFiRM
THAT I SAW ANd HEARd THE FoLLowing.

JudgE JAME C. HANKiNSON, oPENEd CoURT ANd
ASK iF TERRy GEORGE TRUSELL is PRESENT.
HE, TERRy, ANSWERED THAT I AM HERE To SPEAK
To THE iSSUE. THE did NoT RECOgNIZE HiM —
CALLEd AUT AgAiN, TERRy RESPONded I AM
HERE To SPEAK To THAT MATTER. JudgE JAME C
HANKiNSON, LowER Hi's HEAd MUMbLEd/or Lowi
SOUNd SySTEM ANd CLoSEd CoURT.
THEN THEY ARRESTED TERRy GEORGE TRUSSEL
How could THEY ARREST Him without being PRESE
I SoloEMNLy SWEAR                    SigNED
ALL STATEMENTS ARE TRUE              Richard F Graybill
ANd CoRRECT To THE BEST
oF MY KnowLEdgE ANd          WE THE PEOPLE
bELiEF.                               128-105-2
                                      684-746-40-143-0
                                      expires -2-03-2018

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

AFFIDAVIT                    10/09/201

THE COURT CONVENED WITH JUDGE PRESENT

I, RAYMOND FREDLEY DID ATTEND A HEARING
IN THE DIXIE COUNT COURT HOUSE, FLORIDA
IN COURT ROOM "A" ON THE ABOVE DATE.

I HEARBY SWARE OR AFFIRM THAT I SAW AND
HEARD THE FOLLOWING:
    JUDGE JAMES C. HANKINSON CALLED ON
TERRY TRUSSELL. TERRY TRUSSELC RESPON:
FOR THE RECORI, YOUR HONOR, BY NAME IS
TERRY C. TRUSSELL? AFTER HE STOOD UP
    IMMEDIATELY, THE JUDGE CALLED ON
HIM TO BE ARRESTED.
    HE WAS THEN HANDCUFFED AND TAKEN OUT
OF THE COURT ROOM.
    I, MY OPINION, THE JUDGE NEVER GAVE
TERRY THE OPPORTUNITY TO SPEAK.
    THE JUDGE ANNOUNCED THAT TERRY WAS NOT
HERE "

    I DO SOLOMNLY SWEAR THAT THE
BEFORE STATEMENTS ARE TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE AND BELIEF

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF-001430
Expires 03/03/2018

DL # F346-739. 46-257-0

expires 03/03/2018

Received his Lic

OCT 9. 20.
10 00 Am

I ROBERT S ANDERSON D.D ATTEND A
HEALING IN DIXIE COUNTY FL COURT ROOM "A"
ON THE ABOVE DATE I HERE BY SWARE ON
AFFIANT THAT I SAW AND HERD THE FOLLOWING

JUDGE JAMES C. HANKINSON CALL TERRY GEORGE
TRUSSEL TO THE WITNESS STAND. HE RUFUSED TO
INTER THE COURT. BUT ATTEMPTED TO STATE HIS ARGUMENT
FROM THE AUDIANCE. THE JUDGE INSTRUCTED HAD TERRY
GEORGE TRUSSEL ARRESTED WITHOUT BOND.
THE JUDGE LEFT THE COURT ROOM AT ONCE

THE SOUND SYSTEM WAS SET LOW AND I COULD
NOT HEAR MUCH OF THE Going ON

I DO Solomly SWEAR. THAT THE TOP WFULL
STATMENTS. ARE TRUE A CORRECT TO THE
BEST OF MY ABILITY

Robert S Anderson

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Provided Dr Lic          Patrick Mathew Cranwill
Personaly Known to me      expires 03/03/2018

AFFIDAVIT

From   Mark E Schmittle                    10/9/2014
3609 Stadler Rd
Orlando Florida 32808
407 616 1501

10:00 AM I Mark E Schmittle attended a hearing in Dixie County Florida Courthouse, Courtroom A. I firmly affirm and swore that I witnessed and heard Judge James Hankinson call court into session at abut 10:00 am. The Judge asked if Tony G Trussell was present, Tony G Trussell stood up. The Judge said are you Tony Trussell! Tony Trussell acknowledge that he (T.T.) is present to address the issue before the court. Tony said he was a free man and wanted to address the court. The Judge again asked if the person standing was Tony, Trussell was present. He Trussell began answered and said he is here to address the issue before the court. The constitution talked over Tony and would not let him (T.T.) Ta Tony again tried to talk but the Judge called for a recess of Tony Trussell and then called the court adjourned. Tony Trussell was still trying to address the court. The Judge left, Tony Trussell was then ar. The officers would not let me (Mark Schmittle) take any pictures. I solemnly swear the above statement is true and correct to the best of my knowledge.

Personally
Known to me and able to
take oath. Signature _____ 01/03/2016   Mark E Schmittle

## Affidavit

10/9/14

I, Rodger B. Dowdell Jr did attend an arraignment at the Dixie County Courthouse in Dixie County, Florida, in Courtroom "A". While waiting in front of courthouse, at about 9:30AM Deputy Sapp delivered a document to Mr. T George Trussell and told Mr Trussell that the judge would not allow Mr. Trussell to speak in the Courtroom unless he signed the document, which was addressed to TERRY TR

Once in courtroom 'A' Judge James C. Hankinson entered a. Soon asked is TERRY TRUSSELL here. Mr. Trussell stood in the audience and said clearly "I am here to speak also this matter." The judge continued to call out for TERRY TRUSSELL and Mr Terry Trussell continued to respond loudly and clearly. Then Hankinson, without ever responding to or recognizing Mr. Terry George Trussell, ~~As Terry George Trussell objected~~ announced he was ordering TERRY TRUSSELL's arrest with no bond, The Sheriff Deputies immediately approached Mr. Terry George Trussell took him by the arms and lead him from Courtroom "A". Outside the courtroom, in the immediately adjacent hall, the deputies handcuffed Mr. Terry George Trussell and removed him from the building and took him away in a sheriffs SUV.

I do solemnly swear that the before statements are true and correct to the best of my knowledge and belief.

Rodger B Dowdell

[signature]
expires 02/63/2018
Personally Known



Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

10/9/201:

# AFFIDAVIT

I, John R. Walters Did ATTEND
A HEARING in the Dixie County Courthou.
Court Room A on the Above date.

I hereby swear or affirm that I
Saw and heard the following:

Judge James C. Hankinson asked if
Terry George Trussell was present.

Terry Trussell stood up and stated
he was here to discuss the matter
as A free man. The judge Again
asked if Terry Trussell was present,
and talked over Terry Trussell when
Terry spoke.

Terry Trussell stated, for the reco
I am a free and single man and An
here to discuss this matter. The judg
told the sherriff to arrest Terry Trus.
Terry Trussell stated he objected.

I do solemnly swear thet the before
statements are true and correct to
the best of my knowledge and belief

John R. Stratton

Provid Dr. Lee

Personolly Know

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Expire 03/03/

# Affidavit

I Neil Rice did attending a heare in the Dixie County Fl. Court House, court room "A" on the above date. I here by swear or affirm that I saw and heard the following.

Judge James C. Hankinson, asked if Terry D. Trussell was present, Mr. Trussell stood up, stating that he was a free and single man, at that point the Judge (James C. Hankinson) ignored him and his statement, in trying to get Mr Trussell to comply to his words, Mr. Trussell stated that he objected, and that he was a free single man, again the Judge ignored him and stated that Mr. Terry George Trussell would be arrested. At that point Mr Trussell stated he was a free and single man and ready to spe on the issue, the Judge stated Mr. Terry George Trussell was not present, ordered his arrest, Mr. Trussell stated he was here to deal with the issue as a free and single man.

Being totaly ignored by Judge James C. Hankin the Judge order the sheriff to arrest Mr. Terry George Trussell. (How coued he be arrested at the some time the

Judge said he was not present.?

This is totally corruption on the part of Judge James C Hankinson, This was a pre determin act by the Judge.

After witnessing todays Judicial actions I have many questions as to what type of justice was given to Mr. Terry George Trussel in courtroom "A" by Judge James C Hankens as he spoke over Mr. Terry George Trussell at every chance.

I do solemnly swear that the before statements are true and correct as to the best of my knowledge and belief.

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Bill Rice
R 200-623-45-965.

Personally Known to me

Oct. 9, 2014

# Affidavit

I, Jason Hoyt, did attend a hearing at the Dixie County Courthouse in Dixie County, Florida, courtroom "A" on the above date.

I hereby swear, or affirm that I saw and heard the following:

Judge James C. Hankinson, at the outset of the hearing, called for Terry George Trussell. When Terry George Trussell arose and announced he was there for that matter, Judge Hankinson completely ignored Terry G. Trussell. Terry announced again that he was there for the matter at hand, even stating that he wished to be "On the record" and that he, Terry, objected, Judge Hankinson completely ignored him. Judge Hankinson then declared the matter complete as if Terry had not showed for the hearing and then ordered him to be arrested. Terry George Trussell was ~~state~~ immediately arrested and taken into custody.

I do solemnly swear that the ~~statements~~ are true & correct to the best of my knowledge & belief.

- signatures on back -

x _Jason Hoyt_

Jason Hoyt

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

FL Drivers License #: H300-439-73-

Pat Math Cnwl expires 03-03-20

Personly Known To use

Affidavit                    Oct 9th 2014

I Vanessa Caponigro did attend
a hearing in the Dixie County Florida
Courthouse - Court Room "A" on the
above date. I hereby swear or
affirm that I saw and heard the
following: Judge James Harkinson ask
if Terry George Trussell was in the
Court Room. Mr. Trussell stood up
and stated he was here to discuss
the matter as a free man. The
Judge again asked if Terry George
Trussell was in the Court Room.
Mr. Trussell repeated his statement,
before he was able to finish the
Judge Stated that he was not
in the courtroom and issued
a Capius Order. While the Judge
was issuing this ~~the~~ Mr. Trussell
stated ~~that~~ he ~~o~~ objected, that
he was in the Court Room. At
this time a Deputy approached Mr.
Terry George Trussell and escourted
him from the Court Room to place
him into Custody. Other deputies ordered
those of us sitting in the Court Room to
stay seated we were not allowed

to leave until Mr Trussell had
exited the hallway.

I do solomnly swear that
the above statements are true
and correct to the best of
my Knowledge and belief.

Vanessa Cysoniez

Ori Lic Provided

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018

Affidavit

10-9-14

I, Shawn S. Beckett, did attend a hearing at Dixie County, FL, courthouse, Court Room "A" on the above date.

I hereby swear or affirm that I saw & heard the following Judge James C. Hankinson asked if Terry George Trussell was in the court room. Terry George Trussell stood up and said (approximately) "I am here to speak on behave of Terry George Trussel. The Judge asked again if Terry George Trussell was in the court and again Terry George Trussell said he was there to speak on behalf of Terry George Trussell. The Judge was speaking over Terry George Trussell and stated that since there was no Terry George Trussell present that an arrest warrant would had to be issued if he did not come forward. Judge James C. Hankison then asked again (I beli- if Terry George Trussell was preasent not seeing him I order his arrest, while the Judge was talking Terry George Trussel once again states that he was there to represent Terry George Trussel. Terry also said (approximately

"Your honor, I am here".

There was a deputity standing next to Mr Terry George Trussell the whole time. At the Judges statement of arrest the last time the Deputy too Mr Terry George Trussell into Custody He Took Mr Trussells onter shirt off in the Court Room., Told people to remain Seated, and took Mr Terry George Trussel outside. After a few minutes a different deputy brung the Removed shirt into Court & gave it to Mrs Trussell.

I do solemnly Affirm that the before Statements are true and correct as to the best of my knowledge and belief.

_____ FL 01 ___ 5-30

Orin his Provided

_____ expire 03/03/

Notary Public State of Florida
Patrick Mathew Cranwill
My Commission FF 097790
Expires 03/03/2018



**Bubble Mailer**
10 1/2" x 16"