UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Gainesville_ DIVISION

## § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241 OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

Terry George Trussell
Inmate/Alien # 0001-0914

DIXIE COUNTY JAIL
386 NE 255TH STREET
CROSS CITY, FL 32628

(Enter full name of Petitioner,
prison number or alien [A] number, if applicable,
AND address of place of confinement.)

**First Amended**

vs.

JEFFREY SIEGMEISTER, ET AL

_____,
_____,
_____,
_____.

(Enter name and title of each Respondent.
If additional space is required, use the blank
area below and directly to the right.)

CASE NO: 1-14-CV-195-MP/GRJ
(To be assigned by Clerk)

**ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM**

Filed1029'14UsDcFln1AM1107

## ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):

   (a). ☐ a conviction
   (b). ☐ a sentence
   (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
   (d). ☐ parole
   (e). ☐ Immigration/removal
   (f). ☑ other (explain): _INCARCERATED WITHOUT CONVICTION_

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated: _NOT APPLICABLE_

   (a). Name(s) and location(s) of court:
   (b). Case Number(s):
   (c). Charge(s) for which you were convicted:
   (d). What was your plea? (Check one)
      (1) Not Guilty  ☐
      (2) Guilty  ☐
      (3) Nolo contendere  ☐

   (e). Did you appeal from the judgment of conviction?   Yes ☐   No ☐

3. If you did appeal, answer the following:

   (a) Name of Court: _DIXIE COUNTY COURT_   Case #: _14000201CFAXMX_
   (b) Result: _ARRAIGNMENT OCT. 30, 2014_
   (c) Date of opinion and mandate (citation, if known): _N/A_

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

   (a) Have you filed a motion under 28 U.S.C. § 2255?
      Yes ☐   No ☑

   If yes, please provide the case #, where filed, relevant date(s), and the results: _____

   _NOT RELEVENT_

   (b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _____

5. Are you currently represented by counsel in this case or in any other court case?

    Yes ☐  No ☑

    If yes, please explain: _____

6. If this case concerns removal proceedings:
    (a) Date of final order of removal: ____N/A_____
    (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

    (a). Ground one: __FAILURE TO APPEAR_____

    Supporting FACTS (state *briefly* without citing cases or law): __WHEN I ATTENDED COURT AS REQUIRED, JUDGE JAMES C. HANKINSON DECLARED ME FTA WHILE I STOOD IN FRONT OF HIM, ANSWERING, "I AM HERE," WHEN HE CALLED MY NAME.__

    Exhaustion:
    [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
        Yes ☐  No ☑

    If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

    [2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?   Yes ☐ No ☐

    If yes, please provide the results of the proceeding(s) and the relevant date(s).

    (b). Ground two: __IMPERSONATING A PUBLIC OFFICER__

    Supporting FACTS (state *briefly* without citing cases or law): __I WAS GRAND JURY FOREMAN WITH FINDINGS (TRUE BILL PRESENTMENT) OF CRIMINALITY BY PUBLIC OFFICIALS__

    Exhaustion:
    [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) -
Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

---

(c).    Ground three: _UNLAWFUL USE OF SIMULATED LEGAL PROCESS_

Supporting FACTS (state *briefly* without citing cases or law): _I SIGNED 2 TRUE BILLS OF PRESENTMENTS ISSUED BY THE PEOPLE'S GRAND JURY UNDER COMMON LAW IN DIXIE COUNTY._

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) -
Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

---

(d).    Ground four: _UNLAWFUL RETALIATION AGAINST A PUBLIC OFFICER_

Supporting FACTS (state *briefly* without citing cases or law): _I SUBMITTED THE TRUE BILLS OF PRESENTMENT TO THE DIXIE COUNTY SHERIFF FOR APPROPRIATE ACTION AS HE SAW FIT._

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(e).   Ground five: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____

Exhaustion:
   [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(f).   Ground six: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____

Exhaustion:
   [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) -
Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the

   following relief:

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

10/27/2014
(Date)

Signature of Petitioner

## IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):

☐ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:

_____(date).

Signature of Petitioner

Terry G. Trussell
PO Box 1551
Cross City, FL 32628

14 0510 0001 9419 5975

United States District Court
Northern District of Florida
Office of the Clerk
401 SE 1st Ave, Suite 243
Gainesville, FL 32601-6805

32601366895

U.S. POSTAGE
PAID
CHIEFLAND, FL
32626
OCT 28, 14
AMOUNT
$4.00
00016318-04