IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY GEORGE TRUSSELL,

    Petitioner,

v.                                                      CASE NO. 1:14-cv-00195-MP-GRJ

JEFFREY A. SIEGMEISTER, et al.,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 30, 2015. (Doc. 7). The Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.     The First Amended Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 (doc. 6), is DISMISSED pursuant to the *Younger v. Harris* abstention doctrine, 401 U.S. 37 (1971).

**DONE AND ORDERED** this  *1st*  day of May, 2015

                                          *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge